UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JIM BURGETT,

    Plaintiff,

    v.

MICHAEL PUCKETT and LINDSEY OWINGS,

    Defendants.

Case No. 18-cv-1372-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant Lindsey Owings and against plaintiff Jim Burgett on Count 1, a First Amendment retaliation claim against Owings for issuing Burgett 21 tickets, including 18 "risk relevant" tickets, because he complained about her public disclosure of private information and the nature of his criminal offense, and that Count 1 is dismissed without prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed without prejudice:

- Count 2: a Fifth Amendment claim against Defendants Lindsey Owings and Michael Puckett for depriving Burgett of a protected liberty interest without due process of law by punishing him with segregation for 18 "risk relevant" disciplinary tickets; and
- Count 3: an Eighth Amendment claim against defendants Lindsey Owings and Michael Puckett for subjecting Burgett to unconstitutional conditions of confinement in the SHU in June 2017.

**DATED:** March 19, 2020

          **MARGARET M. ROBERTIE, Clerk of Court**

          **s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**